Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.

■ ZIP FOODS, INC., et al., Appellants, v. BERTHA SCHWELLER, Respondent.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and Macken, JJ.

■ ABRAHAM BECKER, Appellant, v. DAVID ASKIN, JR., INC., et al., Defendants, and CITY OF NEW YORK, Respondent.—

Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.